**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: TRUST UNDER AGREEMENT OF PAULINE O. WALKER DATED JULY 17, 2001, AS AMENDED JUNE 9, 2014 | : No. 158 WAL 2019<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| PETITION OF: KATHERINE W. BANTLEON AND ELIZABETH W. MECKE | :<br>: |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.